[No. 44487-5-I.     Division One.     April 24, 2000.]

ROBERT E. GUY, JR., ET AL., *Appellants*, v. MARK F.
REEKIE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-30957-3, Donald D. Haley, J., entered
March 18, 1999. *Reversed* by unpublished opinion per
Baker, J., concurred in by Cox and Appelwick, JJ.

---

[No. 44575-8-I.     Division One.     April 24, 2000.]

DONALD A. FOLTZ, ET AL., *Appellants*, v. CRUM AND
FORSTER PERSONAL INSURANCE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-2-00143-7, Linda C. Krese, J.,
entered May 11 and June 11, 1998. *Affirmed in part, re-
versed in part*, and *remanded* by unpublished opinion per
Ellington, J., concurred in by Baker and Appelwick, JJ.

---

[Nos. 44281-3-I; 44133-7-I.     Division One.     April 24, 2000.]

*In the Matter of the Dependency of* A.S.

THE STATE OF WASHINGTON, *Respondent*, v. AZIZ
SAFOUANE, ET AL., *Appellants*.

*In the Matter of the Welfare of* A.S.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Appellant*, v. SARAH SAFOUANE, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King
County, No. 97-7-02877-7, LeRoy McCullough and Dale B.
Ramerman, JJ., entered December 11, 1997 and January
20, 1999. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Baker, J., concurred in by Kennedy and
Ellington, JJ. Now published in part at 101 Wn. App. 60.